UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE VIGIANI, | No.  2:24-cv-03675-JAM-SCR |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| FCA US, LLC, | |
| Defendant. | |

On January 23, 2026, Defendant FCA US, LLC filed a motion for summary judgment (see ECF No. 12), which was unopposed.

Summary judgment is appropriate when the record, read in the light most favorable to the non-moving party, indicates "that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law."  Fed. R. Civ. P. 56(a); Adickes v. S. H. Kress & Co., 398 U.S. 144, 157 (1970); U.S. v. Diebold, Inc., 369 U.S. 654, 655 (1962).

Local Rule 230 governs civil motion practice in this district, pursuant to Federal Rule of Civil Procedure 78, and requires any opposition, or statement of non-opposition, to be filed within 14 days of a lodged motion.  E.D. Cal. L.R. 230(c).

1

Rule 56(e)(3) authorizes summary judgment when "a party fails to properly support an assertion of fact or fails to properly address another party's assertion of fact . . . ," and the Court may construe the "failure to file a timely opposition . . . as a non-opposition to the motion."  Fed. R. Civ. P. 56; E.D. Cal. L.R. 230(c).  To date, Plaintiff has not filed any response to Defendant's pending motion for summary judgment.  See Docket.

In its motion for summary judgment, Defendant has demonstrated it is entitled to judgment as a matter of law because there is no genuine dispute of material fact, even when viewing the record in the light most favorable to the Plaintiff. See ECF No. 12; Adickes, 398 U.S. at 157.  Defendant is correct that Rodriguez v. FCA US, LLC, 17 Cal.5th 189 (2024), is dispositive.  ECF No. 12 at pg. 1, 4-5.  The undisputed record shows the vehicle at issue does not meet the statutory definition of a "new motor vehicle" under the Song-Beverly Act, which is the basis for all of Plaintiff's claims in this case.  See id.; see also ECF No. 1.  Accordingly, Defendant's motion for summary judgment (ECF No. 12) is granted in its entirety, and the Court hereby enters judgment in favor of the Defendant.

IT IS SO ORDERED.

Dated: March 18, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

2